## STATE OF CONNECTICUT v. HOWARD WILCOX

The petition by the plaintiff in error for certification for appeal from the Appellate Court, 105 Conn. App. 24 (AC 28426), is denied.

*James F. Spallone*, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided March 6, 2008